Case 2:16-cr-00609   Document 11   Filed in TXSD on 08/31/16   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 31, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. 2:16-CR-609 |
| JOSE EFRAIN GARCIA-BERNAL | § § § | |

### ORDER GRANTING MOTION FOR CONTINUANCE

Pending is Defendant's motion for continuance. (D.E. 10). United States District Judge Nelva Gonzales Ramos referred the motion to the undersigned magistrate judge for disposition. The Government is unopposed to the motion. The defendant moves for a continuance because defense counsel needs additional time to review discovery, investigate defenses and consult with the defendant.

The Court has considered the Unopposed Motion for Continuance of the Pretrial Conference and Trial of defendant and finds that this motion should be **GRANTED**.

Accordingly, the Court GRANTS the motion for continuance and further finds pursuant to 18 U.S.C. § 3161(h)(7)(A) the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

It is further ORDERED that this case is set for a Final Pretrial Conference before U.S. Magistrate Judge Jason Libby on **September 30, 2016 at 9:30 a.m.** and Trial is set before U.S. District Judge Nelva Gonzales Ramos on **October 4, 2016 at 9:00 a.m.**

ORDERED this 31st day of August, 2016.

_____
Jason B. Libby
United States Magistrate Judge